# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** DOMINIC & LINDA ANNORENO
**Case Number:** 2:13-BK-21592-EPB  **Chapter:** 13
**Date / Time / Room:** TUESDAY, OCTOBER 06, 2015 01:30 PM  7TH FLOOR #703
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** ANNETTE AGUILAR
**Reporter / ECR:** MARGARET KELLY

## Matter:

STATUS HEARING ON CONFIRMATION OF DEBTORS' PLAN
**R / M #:** 67 / 0

## Appearances:

ANDREW DUDLEY, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
ADAM E. HAUF, ATTORNEY FOR DOMINIC ANNORENO, LINDA ANNORENO

## Proceedings:

Mr. Dudley provides a chronological review of the case noting debtor filed two notices of submission of a stipulated order, but trustee never received either order. He further states that the trustee needs 2013 and 2014 federal and state income tax returns. He requests that the Court set a 14 day drop dead date for submission of tax returns and stipulated order of confirmation or the case can be dismissed.

Mr. Hauf responds to Mr. Dudley's statements. He states debtors are current on plan payments and the stipulated order of confirmation is finalized. He does not believe a drop dead date is needed.

COURT: IT IS ORDERED debtor shall deliver copies of the filed 2013 and 2014 tax returns and stipulated order of confirmation on or before, Tuesday, October 20, 2015.